# EXHIBIT A

Case: 1:19-cv-00154 Document #: 1-1 Filed: 01/08/19 Page 1 of 6 PageID #:7

#02318   RJB\FPM\DSK

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| MANUELA CHAVEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO; and<br>AEROLITORAL SA DE CV, a foreign corporation, d/b/a AEROMEXICO CONNECT,<br><br>                Defendants. | No.<br><br><br><br><br><br><br><br><br><br>**PLAINTIFF DEMANDS TRIAL BY JURY** |

FILED DATE: 8/6/2018 11:44 AM   2018L008431

## COMPLAINT AT LAW

Plaintiff, MANUELA CHAVEZ, by and through her attorneys, CORBOY & DEMETRIO, P.C., complaining of Defendants, AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO (hereinafter "AEROMEXICO"), and AEROLITORAL SA DE CV, a foreign corporation, d/b/a AEROMEXICO CONNECT (hereinafter "AEROMEXICO CONNECT"), states as follows:

1. On and before July 31, 2018, AEROMEXICO was a foreign air carrier operating in the United States under Federal Aviation Regulation Part 129 with Federal Aviation Administration Certificate Number ASMF152F.

2. On and before July 31, 2018, AEROMEXICO CONNECT was a foreign air carrier operating in the United States under Federal Aviation Regulation Part 129 with Federal Aviation Administration Certificate Number LVQF318F.

3. On and before July 31, 2018, AEROMEXICO was a corporation licensed and doing business in Cook County, Illinois, and specifically engaged in the ownership, maintenance, control and operation of a commercial airline and jetliners out of O'Hare International Airport.

4. On and before July 31, 2018, AEROMEXICO CONNECT was a corporation doing business in Cook County, Illinois, and specifically engaged in the ownership, maintenance, control and operation of a commercial airline and jetliners out of O'Hare International Airport.

5. On and before July 31, 2018, Plaintiff was an Illinois resident who purchased tickets from AEROMEXICO for commercial air transportation from Illinois to, around, and back from Mexico.

6. On and before July 31, 2018, AEROMEXICO issued and delivered tickets to Plaintiff for commercial air transportation from Illinois to, around, and back from Mexico, including aboard Flight 2431 departing Durango International Airport for Mexico City International Airport.

7. On July 31, 2018, Plaintiff was a passenger aboard Flight 2431.

8. On July 31, 2018, Flight 2431 crashed during an attempted takeoff from Durango International Airport.

9. On July 31, 2018, AEROMEXICO piloted and was in operational control of Flight 2431 before and at the time that it crashed.

10. On July 31, 2018, AEROMEXICO CONNECT piloted and was in operational control of Flight 2431 before and at the time that it crashed.

11. On July 31, 2018, AEROMEXICO and AEROMEXICO CONNECT, by and through their collective partnership and/or joint enterprise, and each of them, were negligent in one or more of the following respects:

    a. Failed to execute a proper takeoff maneuver;

    b. Failed to obtain sufficient runway speed during takeoff;

2

FILED DATE: 8/6/2018 11:44 AM 2018L008431

      c.      Failed to obtain sufficient airspeed upon takeoff;

      d.      Failed to obtain proper pitch, yaw and attitude during takeoff;

      e.      Attempted a takeoff maneuver in unsafe wind conditions;

      f.      Failed to adequately monitor wind conditions prior to takeoff;

      g.      Failed to properly correct for wind conditions during takeoff; and

      h.      Failed to maintain safe and proper operational control of its aircraft at all times to avoid a mishap.

12.    As a proximate result of one or more of the aforesaid negligent acts and/or omissions, MANUELA CHAVEZ suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, MANUELA CHAVEZ, demands judgment against Defendants, AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO, and AEROLITORAL SA DE CV, a foreign corporation, d/b/a AEROMEXICO CONNECT, for a sum in excess of the jurisdictional limits of the Law Division of the Circuit Court of Cook County, Illinois.

                                              CORBOY & DEMETRIO, P.C.

                                        By: _____
                                                Robert J. Bingle
                                                One of the Attorneys for Plaintiff

Robert J. Bingle
Francis Patrick Murphy
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com

#02329    RJB\FPM\DSK\dmm

FILED DATE: 8/6/2018 11:44 AM   2018L008431

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| MANUELA CHAVEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V. (INC.),<br>a foreign corporation, d/b/a AEROMEXICO; and<br>AEROLITORAL SA DE CV, a foreign<br>corporation, d/b/a AEROMEXICO CONNECT,<br><br>　　　　　　　　Defendants. | No. |

## AFFIDAVIT

I, ROBERT J. BINGLE, state under oath:

1.　　I am an attorney associated with Corboy & Demetrio, P.C. and am responsible for filing of the Complaint at Law in this matter.

2.　　The total of money damages sought by plaintiff does exceed $50,000.00, exclusive of interest and costs.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ RJB/_
　　　　　　　　　　　　　　　　　　　　　　　CORBOY & DEMETRIO, P.C.
　　　　　　　　　　　　　　　　　　　　　　　By: Robert J. Bingle

SUBSCRIBED and SWORN to before me
this 6 day of August, 2018.

_/s/ Terri LoBianco_
NOTARY PUBLIC

"OFFICIAL SEAL"
TERRI LOBIANCO
Notary Public, State of Illinois
My Commission Expires 09-13-2021

Robert J. Bingle
Francis Patrick Murphy
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com

#02329   RJB\FPM\DSK

FILED DATE: 8/6/2018 11:44 AM 2018L008431

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

MANUELA CHAVEZ,

        Plaintiff,

v.

AEROVIAS DE MEXICO S.A. DE C.V. (INC.), a foreign corporation, d/b/a AEROMEXICO; and AEROLITORAL SA DE CV, a foreign corporation, d/b/a AEROMEXICO CONNECT,

        Defendants.

No.

## JURY DEMAND

The undersigned hereby demands trial by jury.

_____
Robert J. Bingle

Robert J. Bingle
Francis Patrick Murphy
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**